IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION          MDL No. 2326

---

THIS DOCUMENT RELATES TO:

*Bertel, et al. v. Boston Scientific Corp.*          Civil Action No. 2:13-cv-28494

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order of this date, the court **ORDERS** that this case be **DISMISSED** and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

ENTERED: August 16, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE